UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| Owenby Enterprises, Inc., | |
| Plaintiff, | CIVIL ACTION FILE |
| vs. | NO. 4:05-cv-25-HLM |
| Wachovia Bank, N.A.. et al, | |
| Defendants. | |

## J U D G M E N T

This action having come before the court, Honorable Harold L. Murphy, United States District Judge, for consideration of defendant Bank of America's Motion for Summary Judgment, and the court having granted said motion on April 17, 2006, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Rome, Georgia, this 28th day of September, 2006.


                                      JAMES N. HATTEN
                                    CLERK OF COURT

                         By:  s/J. Acker
                              Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  September 28, 2006
James N. Hatten
Clerk of Court

By: s/J. Acker
Deputy Clerk